170 A.3d 956

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. T.D.E., DEFENDANT–
PETITIONER, AND C.C.E., SR., DEFENDANT. IN THE MAT-
TER OF THE GUARDIANSHIP OF C.C.–B.E. JR., C.A.E. AND
C.G.E., MINORS–RESPONDENTS.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–296/297–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.